IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:08CR113** |
| vs. | ) | |
| | ) | **ORDER** |
| **MICHAEL HARPER, JR.,** | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on the motion [30] of Michael F. Maloney for leave to withdraw as counsel for the defendant. Substitute counsel, Eric L. Whitner, has entered an entry of appearance [29].

    **IT IS ORDERED:**

    1. The Motion to Withdraw [30] is granted, and the appearance of Michael F. Maloney is hereby deemed withdrawn.

    2. The provisions and deadlines set in the case progression order [18] remain in effect.

    **DATED April 17, 2008.**

                                        **BY THE COURT:**

                                        **s/ F.A. Gossett**
                                        **United States Magistrate Judge**