# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:08CR113 |
| vs. | ) | |
| | ) | ORDER |
| MICHAEL HARPER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's "Motion to Continue Trial" [41] in which he also requests a continuance of the deadline for filing pretrial motions. Defendant was previously granted an extension of time to May 23, 2008 in which to file pretrial motions. No motions were timely filed, and on June 5, 2008, Magistrate Judge Thalken filed a trial order setting the case for trial on July 7, 2008.

The court finds that the defendant has not shown good cause to reopen the pretrial motion deadline.

**IT IS ORDERED** that defendant's Motion [41] is denied as to an extension of the deadline for filing pretrial motions. Magistrate Judge Thalken will determine whether the trial date will be rescheduled.

Pursuant to NECrimR 57.2, a party may appeal this order by filing an "Appeal of Magistrate Judge's Order" within ten (10) business days.

**DATED June 26, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**