# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR113 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **MICHAEL HARPER,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Michael Harper (Harper) to continue trial (Filing No. 41). The motion is denied.

**IT IS SO ORDERED.**

DATED this 26th day of June, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge